David L. ADAMS, Petitioner–Appellant,

v.

R.S. PETERSON, Superintendent of O.S.C.I., Respondent–Appellee.

No. 87–4191.

United States Court of Appeals, Ninth Circuit.

March 27, 1992.

Before WALLACE, Chief Judge, TANG, PREGERSON, NORRIS, WIGGINS, BRUNETTI, KOZINSKI, O'SCANNLAIN, TROTT, FERNANDEZ, and KLEINFELD, Circuit Judges.

ORDER

The opinion of the panel in *Adams v. Peterson*, 939 F.2d 1369 (9th Cir.1991), is withdrawn.